```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 37065
  GEARY M MCMAHON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-2673


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/13/05 and confirmed on 11/29/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    8807.69 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA   SECURED              .00           .00           .00
FIA CARD SERVICES          UNSECURED        6285.32           .00       1085.94
FIA CARD SERVICES          UNSECURED        1399.33           .00        241.77
CAPITAL ONE BANK           UNSECURED        1002.31           .00        173.17
CAPITAL ONE BANK           UNSECURED        1963.18           .00        339.19
ECAST SETTLEMENT CORPORA   UNSECURED        7867.86           .00       1359.36
ECAST SETTLEMENT CORPORA   UNSECURED        4451.13           .00        769.04
CITIBANK NA                UNSECURED       NOT FILED          .00           .00
DISCOVER BANK              UNSECURED        6839.78           .00       1181.73
PORTFOLIO RECOVERY ASSOC   UNSECURED        5744.78           .00        992.55
             Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00     35553.69       .00      35553.69
PRINCIPAL PAID         .00          .00      6142.75       .00       6142.75
INTEREST PAID          .00          .00          .00       .00           .00
TOTAL PAID             .00          .00      6142.75       .00       6142.75
The Debtor's attorney, JOHN C DENT                 , was allowed $    2700.00
and was paid $    400.00  direct and $    2300.00  through the plan.

The Trustee received $    342.33 .

Refunds to the Debtor totaled $      22.61 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/13/09                              /s/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 05 B 37065 GEARY M MCMAHON